TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SCOTT D. DUBOIS (Cal. Bar No. 307110)
Assistant United States Attorney
International Narcotics, Money
 Laundering & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0882
     Facsimile: (213) 894-0142
     E-mail:    scott.dubois@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE GRAND JURY | CR Misc. No. 2:21-CM-00122 |
|---|---|
| | **UNDER SEAL** LODGING OF GOVERNMENT'S NOTICE TO THE COURT OF NAMES OF GOVERNMENT PERSONNEL RECEIVING DISCLOSURE OF GRAND JURY MATTERS UNDER RULE 6(E) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND CERTIFICATION OF ADVICE TO SUCH PERSONS OF SECRECY REQUIREMENTS |
| | **LODGED UNDER SEAL UNDER AUTHORITY OF FED. R. CRIM. P. 6(e)(2)(B)** |

Pursuant to Rule 6(e)(3)(B) of the Federal Rules of Criminal Procedure, the United States of America hereby lodges with the court, under seal, the attached Exhibit A setting forth the names of government personnel (including personnel of a state or state subdivision) whom the attorney for the government considers necessary to assist in performing that attorney's duty to enforce criminal law, and to whom disclosure of grand jury matters has been or will be made for that purpose pursuant to Rule 6(e)(3)(A)(ii).

The undersigned Assistant United States Attorney hereby certifies that s/he has advised the government personnel listed in Exhibit A of the grand jury secrecy obligations imposed by Rule 6(e) of the Federal Rules of Criminal Procedure.

Dated: May 5, 2021                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　TRACY L. WILKISON
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　BRANDON D. FOX
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Chief, Criminal Division


　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　SCOTT D. DUBOIS
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

**EXHIBIT A**

GOVERNMENT PERSONNEL RECEIVING DISCLOSURE OF GRAND JURY MATTERS UNDER RULE 6(E)(3)(A)(II) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE:

| NAME | AGENCY |
|---|---|
| Special Agent Jonathan Rodriguez | Homeland Security Investigations (HSI) - Los Angeles International Airport (LAX) |
| Special Agent Michael Fernandez | HSI - LAX |
| Special Agent Michael Clark | HSI - Dallas Fort Worth International Airport (DFW) |
| Detective Anthony Chavez | DFW Airport Police Department |
| Detective Timothy Ellis | DFW Airport Police Department |
| Special Agent James Buck | Department of Labor - Office of the Inspector General |
| | |
| | |
| | |
| | |
| | |
| | |
| | |